UNITED STATES DISTRICT COURT
District of Maine

| | | |
|---|---|---|
| LIONEL LUSSIER, | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| v. | ) | No. 1:94-cr-00011-GZS |
| | ) | No. 1:13-cv-00474-GZS |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent | ) | |
| | ) | |

# ORDER AFFIRMING THE
# RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on January 6, 2014, her Recommended Decision (ECF No. 212). Movant filed his Objection to the Recommended Decision (ECF No. 213) on January 27, 2014.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that the Movant's 28 U.S.C. § 2255 Motion (ECF No. 211) is hereby **DENIED**.

3. It is hereby **ORDERED** that Movant is **DENIED** a certificate of appealability pursuant to Rule 11 of the Rules Governing Section 2255 Cases because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

/s/George Z. Singal_____
U.S. District Judge

Dated this 18th day of February, 2014.